1  MICHAEL A. FIRESTEIN, SBN 110622
   mfirestein@proskauer.com
2  TANYA L. FORSHEIT, SBN 192472
   tforsheit@proskauer.com
3  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
4  Los Angeles, CA  90067-3206
   Telephone:    (310) 557-2900
5  Facsimile:    (310) 557-2193

6  Attorneys for Defendant,
   Sony Corporation of America
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11 GREGORY BENDER                              )  Case No. 09-CV-01246-CRB
                                               )
12         Plaintiff,                          )
                                               )  [PROPOSED] ORDER REGARDING
13    v.                                       )  RESCHEDULING OF INITIAL CASE
                                               )  MANAGEMENT CONFERENCE AND
14 SONY CORPORATION OF AMERICA, a New          )  EXTENSION OF TIME TO RESPOND
   York corporation,                           )  TO AMENDED COMPLAINT
15                                             )
           Defendant.                          )
16                                             )

# [PROPOSED] ORDER

Having considered the foregoing Stipulation, and good cause appearing,

(1) The time within which Sony shall be required to file its answer, motion, counterclaim, cross-claim and/or other response to Plaintiff's Amended Complaint in this action shall be extended to and including August 10, 2009; and

(2) The initial case management conference shall be rescheduled to September 11, 2009, at 8:30 AM.

IT IS SO ORDERED

DATED: July 23, 2009

_____
The Honorable Charles R. Breyer
Judge of the United States District Court,
Northern District of California