FILED
AUG 0 3 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY BENDER,

Plaintiff,

v.

SONY CORPORATION OF AMERICA

Defendant.

CASE NO. 09-CV-01246-CRB

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jacob K. Baron, whose business address and telephone number is

PROSKAUER ROSE LLP
One International Place, Boston, MA 01220
Telephone: (617) 526-9600

and who is an active member in good standing of the bar of Massachusetts having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Sony Corporation of America.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: AUG 0 3 2009

_____
United States District Judge