1  MICHAEL A. FIRESTEIN, SBN 110622
   mfirestein@proskauer.com
2  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
3  Los Angeles, CA  90067-3206
   Telephone:    (310) 557-2900
4  Facsimile:    (310) 557-2193

5  STEVEN M. BAUER,
   Application for *pro hac vice* pending*
6  sbauer@proskauer.com
   JACOB K. BARON,
7  Admitted *pro hac vice*
   jbaron@proskauer.com
8  PROSKAUER ROSE LLP
   One International Place
9  Boston, MA 01220
10 Telephone: (617) 526-9600
   Facsimile: (617) 526-9899
11
   Attorneys for Defendant,
12 Sony Corporation of America

13
                UNITED STATES DISTRICT COURT
14
                NORTHERN DISTRICT OF CALIFORNIA
15

16 GREGORY BENDER                        )  Case No. 09-CV-01246-CRB
                                         )
17              Plaintiff,               )
                                         )  **STIPULATION AND [~~PROPOSED~~]**
18       v.                              )  **ORDER TO EXTEND TIME TO**
                                         )  **RESPOND TO AMENDED**
19 SONY CORPORATION OF AMERICA, a New    )  **COMPLAINT**
   York corporation,                     )
20                                       )
                Defendant.               )
21 _____)

22                        **RECITALS**

23
       WHEREAS, the Complaint of Plaintiff Gregory Bender ("Plaintiff") in this action was
24
   filed on or about March 23, 2009;
25
       WHEREAS, the Amended Complaint of Plaintiff in this action was filed on or about May
26
   21, 2009;
27
                                  - 1 -
28 _____
   STIPULATION TO EXTEND TIME
   Case No. C 09-01246 CRB

1    WHEREAS, Defendant Sony Corporation of America ("Sony") waived service of

2  Plaintiff's Amended Complaint in this action on June 23, 2009;

3    WHEREAS, on July 10, 2009, this matter was reassigned to Honorable Charles R. Breyer

4  for all further proceedings;

5    WHEREAS, on July 22, 2009, Sony submitted a Stipulation to Reschedule Initial Case

6  Management Conference and to Extend Time to Respond to Amended Complaint, which was

7  approved by the Court on July, 24, 2009;

8    WHEREAS,  Sony's response to Plaintiff's Amended Complaint is due on August 10,

9  2009;

10    WHEREAS, Sony requested, and Plaintiff has agreed to provide, a brief additional period

11  of time (14 days) to prepare its response to the Amended Complaint; and

12    WHEREAS,  this additional time will not interfere with any other deadlines set by the

13  Court in this matter.

14

15                                **STIPULATION**

16    IT IS HEREBY AGREED AND STIPULATED by and between Plaintiff and Sony,

17  through their respective attorneys of record, as follows:

18    (1)    The time within which Sony shall be required to file its answer, motion,

19  counterclaim, cross-claim and/or other response to Plaintiff's Amended Complaint in this action

20  shall be extended to and including August 24, 2009.

21

22

23

24

25

26

27

28                                - 2 -

STIPULATION TO EXTEND TIME
Case No. C 09-01246 CRB

1

2        APPROVED AS TO FORM AND CONTENT

3

4     DATED: August 7, 2009                        STEVEN M. BAUER
                                                    MICHAEL A. FIRESTEIN
5                                                   JACOB K. BARON
                                                    PROSKAUER ROSE LLP

6

7
                                                     /s/ Jacob K. Baron
8                                                         Jacob K. Baron

9
                                                    Attorneys for Defendant,
10                                                  Sony Corporation of America

11

12
      DATED: August 7, 2009                         DAVID N. KUHN
13

14
                                                     /s/ David N. Kuhn
15                                                       David N. Kuhn

16

17
                                                    Attorney for Plaintiff,
18                                                  Gregory Bender

19

20

21

22

23

24

25

26

27
                                          - 3 -
28

STIPULATION TO EXTEND TIME
Case No. C 09-01246 CRB

## [~~PROPOSED~~] ORDER

1

2        Having considered the foregoing Stipulation, and good cause appearing,

3        (1)        The time within which Sony shall be required to file its answer, motion,

4    counterclaim, cross-claim and/or other response to Plaintiff's Amended Complaint in this action

5    shall be extended to and including August 24, 2009.

6        IT IS SO ORDERED

7

8    DATED:  August 11, 2009        _____



9                                The Honorable C
                                Judge of the Unite        strict Court,
10                               Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

- 4 -

28