MICHAEL A. FIRESTEIN, SBN 110622
mfirestein@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

STEVEN M. BAUER,
Application for *pro hac vice* pending*
sbauer@proskauer.com
JACOB K. BARON,
Admitted *pro hac vice*
jbaron@proskauer.com
PROSKAUER ROSE LLP
One International Place
Boston, MA 01220
Telephone: (617) 526-9600
Facsimile: (617) 526-9899

Attorneys for Defendant,
Sony Corporation of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BENDER<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SONY CORPORATION OF AMERICA, a New York corporation,<br><br>　　　　Defendant. | Case No. 09-CV-01246-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

**RECITALS**

WHEREAS, the Complaint of Plaintiff Gregory Bender ("Plaintiff") in this action was filed on or about March 23, 2009;

WHEREAS, the Amended Complaint of Plaintiff in this action was filed on or about May 21, 2009;

- 1 -

STIPULATION TO EXTEND TIME
Case No. C 09-01246 CRB

WHEREAS, Defendant Sony Corporation of America ("Sony") waived service of Plaintiff's Amended Complaint in this action on June 23, 2009;

WHEREAS, on July 10, 2009, this matter was reassigned to Honorable Charles R. Breyer for all further proceedings;

WHEREAS, on July 22, 2009, Sony submitted a Stipulation to Reschedule Initial Case Management Conference and to Extend Time to Respond to Amended Complaint, which was approved by the Court on July, 24, 2009;

WHEREAS, Sony's response to Plaintiff's Amended Complaint is due on August 10, 2009;

WHEREAS, Sony requested, and Plaintiff has agreed to provide, a brief additional period of time (14 days) to prepare its response to the Amended Complaint; and

WHEREAS, this additional time will not interfere with any other deadlines set by the Court in this matter.

**STIPULATION**

IT IS HEREBY AGREED AND STIPULATED by and between Plaintiff and Sony, through their respective attorneys of record, as follows:

(1) The time within which Sony shall be required to file its answer, motion, counterclaim, cross-claim and/or other response to Plaintiff's Amended Complaint in this action shall be extended to and including August 24, 2009.

- 2 -

STIPULATION TO EXTEND TIME
Case No. C 09-01246 CRB

APPROVED AS TO FORM AND CONTENT

DATED: August 7, 2009						STEVEN M. BAUER
									MICHAEL A. FIRESTEIN
									JACOB K. BARON
									PROSKAUER ROSE LLP


									 /s/ Jacob K. Baron
									_____
									      Jacob K. Baron


									Attorneys for Defendant,
									Sony Corporation of America



DATED: August 7, 2009						DAVID N. KUHN


									 /s/ David N. Kuhn
									_____
									      David N. Kuhn




									Attorney for Plaintiff,
									Gregory Bender

- 3 -

STIPULATION TO EXTEND TIME
Case No. C 09-01246 CRB

**[~~PROPOSED~~] ORDER**

Having considered the foregoing Stipulation, and good cause appearing,

(1) The time within which Sony shall be required to file its answer, motion, counterclaim, cross-claim and/or other response to Plaintiff's Amended Complaint in this action shall be extended to and including August 24, 2009.

IT IS SO ORDERED

DATED: August 11, 2009



_____
The Honorable Charles R. Breyer
Judge of the United States District Court,
Northern District of California