MICHAEL A. FIRESTEIN, SBN 110622
mfirestein@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

STEVEN M. BAUER,
Admitted *pro hac vice*
sbauer@proskauer.com
JACOB K. BARON,
Admitted *pro hac vice*
jbaron@proskauer.com
PROSKAUER ROSE LLP
One International Place
Boston, MA 01220
Telephone: (617) 526-9600
Facsimile: (617) 526-9899

Attorneys for Defendant,
Sony Corporation of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BENDER ) | Case No. 09-CV-01246-CRB |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER TO EXTEND TIME TO** |
| ) | **RESPOND TO AMENDED** |
| SONY CORPORATION OF AMERICA, a New ) | **COMPLAINT** |
| York corporation, ) | |
| ) | |
| Defendant. ) | |

**RECITALS**

WHEREAS, the Complaint of Plaintiff Gregory Bender ("Plaintiff") in this action was filed on or about March 23, 2009;

WHEREAS, the Amended Complaint of Plaintiff in this action was filed on or about May 21, 2009;

-1-

1 WHEREAS, Defendant Sony Corporation of America's ("Sony's") response to Plaintiff's
2 Amended Complaint is due on August 24, 2009;
3 WHEREAS, Plaintiff has indicated that it intends to file a further Amended Complaint;
4 WHEREAS, this extension will provide time for Plaintiff to prepare and file their further
5 Amended Complaint; and
6 WHEREAS, this additional time will not interfere with any other deadlines set by the
7 Court in this matter.

## STIPULATION

Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that the time within which Sony shall be required to file its answer, motion, counterclaim, cross-claim and/or other responses to Plaintiff's further Amended Complaint in this action shall be extended to and including September 8, 2009.

APPROVED AS TO FORM AND CONTENT

DATED: August 21, 2009  STEVEN M. BAUER
MICHAEL A. FIRESTEIN
JACOB K. BARON
PROSKAUER ROSE LLP

/s/ Jacob K. Baron
Jacob K. Baron

Attorneys for Defendant,
Sony Corporation of America

DATED: August 21, 2009  DAVID N. KUHN

/s/ David N. Kuhn
David N. Kuhn

Attorney for Plaintiff,
Gregory Bender

-2-

STIPULATION TO EXTEND TIME TO RESPOND
Case No. C 09-01246-CRB

DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, Jacob K. Baron, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence on the filing of this document from the all the signatories listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct.

DATED: August 21, 2009

                              /s/ Jacob K. Baron
                                   Jacob K. Baron

**[~~PROPOSED~~] ORDER**

Having considered the foregoing Stipulation, and good cause appearing,

(1) The time within which Sony shall be required to file its answer, motion, counterclaim, cross-claim and/or other response to Plaintiff's Amended Complaint in this action shall be extended to and including September 8, 2009.

IT IS SO ORDERED

DATED: August 24, 2009



The Honorable Charles R. Breyer
Judge of the United States District Court,
Northern District of California

-4-