MICHAEL A. FIRESTEIN, SBN 110622
mfirestein@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:     (310) 557-2900
Facsimile:      (310) 557-2193

STEVEN M. BAUER,
Admitted *pro hac vice*
sbauer@proskauer.com
JACOB K. BARON,
Admitted *pro hac vice*
jbaron@proskauer.com
PROSKAUER ROSE LLP
One International Place
Boston, MA 01220
Telephone: (617) 526-9600
Facsimile: (617) 526-9899

Attorneys for Defendant,
Sony Corporation of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BENDER<br><br>           Plaintiff,<br><br>      v.<br><br>SONY CORPORATION OF AMERICA, a New York corporation,<br><br>           Defendant. | Case No. 09-CV-01246-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

**RECITALS**

WHEREAS, the Complaint of Plaintiff Gregory Bender ("Plaintiff") in this action was filed on or about March 23, 2009;

WHEREAS, the Amended Complaint of Plaintiff in this action was filed on or about May 20, 2009;

-1-

WHEREAS, Defendant Sony Corporation of America's ("Sony's") response to Plaintiff's Amended Complaint is due on September 8, 2009;

WHEREAS, Plaintiff has stated that it intends to file a motion to file a Second Amended Complaint;

WHEREAS, this extension will provide time for Plaintiff to prepare and file its Motion to File a Second Amended Complaint; and

WHEREAS, this additional time will not interfere with any other deadlines set by the Court in this matter.

## STIPULATION

Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that the time within which Sony shall be required to file its answer, motion, counterclaim, cross-claim and/or other responses to Plaintiff's Amended Complaint in this action shall be extended to and including September 16, 2009 or such other time as may be required to respond to a Second Amended Complaint if allowed by the Court.

APPROVED AS TO FORM AND CONTENT

DATED: September 8, 2009

STEVEN M. BAUER
MICHAEL A. FIRESTEIN
JACOB K. BARON
PROSKAUER ROSE LLP

/s/ Jacob K. Baron
                      Jacob K. Baron

Attorneys for Defendant,
Sony Corporation of America

1
2  DATED: September 8, 2009                    DAVID N. KUHN
3
4                                              /s/ David N. Kuhn
                                                       David N. Kuhn
5
                                               Attorney for Plaintiff,
6                                              Gregory Bender

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                    -3-

STIPULATION TO EXTEND TIME TO RESPOND
Case No. C 09-01246-CRB

1   DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

2   I, Jacob K. Baron, hereby declare pursuant to General Order 45, § X.B, that I have

3 obtained the concurrence on the filing of this document from the all the signatories listed above.

4   I declare under penalty of perjury that the foregoing declaration is true and correct.

DATED: September 8, 2009

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jacob K. Baron
　　　　　　　　　　　　　　　　　　　　　　　　　　Jacob K. Baron

# ~~[PROPOSED]~~ ORDER

Having considered the foregoing Stipulation, and good cause appearing,

(1)   The time within which Sony shall be required to file its answer, motion, counterclaim, cross-claim and/or other response to Plaintiff's Amended Complaint in this action shall be extended to and including September 16, 2009.

IT IS SO ORDERED

DATED: September __10__, 2009



_____
The Honorable
Judge of the United States District Court,
Northern District of California

IT IS SO ORDERED
Judge Charles R. Breyer

-5-