MICHAEL A. FIRESTEIN, SBN 110622
mfirestein@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:     (310) 557-2900
Facsimile:     (310) 557-2193

STEVEN M. BAUER,
Admitted *pro hac vice*
sbauer@proskauer.com
JACOB K. BARON,
Admitted *pro hac vice*
jbaron@proskauer.com
PROSKAUER ROSE LLP
One International Place
Boston, MA 01220
Telephone: (617) 526-9600
Facsimile: (617) 526-9899

Attorneys for Defendant,
Sony Corporation of America

DAVID N. KUHN, SBN 73389
dnkuhn@pacbell.net
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone: (510) 653-4983

Attorney for Plaintiff,
Gregory Bender

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BENDER<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION OF AMERICA, a New York corporation,<br><br>Defendant. | Case No. 09-CV-01246-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

**RECITALS**

WHEREAS, the Complaint of Plaintiff Gregory Bender ("Plaintiff") in this action was filed on or about March 23, 2009;

WHEREAS, the Amended Complaint of Plaintiff in this action was filed on or about May 20, 2009;

-1-

1    WHEREAS, Defendant Sony Corporation of America's ("Sony's") response to Plaintiff's Amended Complaint is due on September 16, 2009;

WHEREAS, Plaintiff filed a Stipulation to File a Second Amended Complaint on September 15, 2009;

WHEREAS, this extension will provide time for the Court to determine whether accept the parties stipulation regarding Plaintiff's Second Amended Complaint; and

WHEREAS, this additional time will not interfere with any other deadlines set by the Court in this matter.

## STIPULATION

Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that the time within which Sony shall be required to file its answer, motion, counterclaim, cross-claim and/or other responses to Plaintiff's Amended Complaint in this action shall be extended to and including September 30, 2009 or such other time as may be required to respond to a Second Amended Complaint if allowed by the Court.

APPROVED AS TO FORM AND CONTENT

DATED: September 16, 2009

STEVEN M. BAUER
MICHAEL A. FIRESTEIN
JACOB K. BARON
PROSKAUER ROSE LLP

/s/ Jacob K. Baron
           Jacob K. Baron

Attorneys for Defendant,
Sony Corporation of America

DATED: September 16, 2009        DAVID N. KUHN

                                         /s/ David N. Kuhn
                                                      David N. Kuhn

                                        Attorney for Plaintiff,
                                        Gregory Bender

DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, Jacob K. Baron, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence on the filing of this document from the all the signatories listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct.

DATED: September 16, 2009

/s/ Jacob K. Baron
Jacob K. Baron

**[PROPOSED] ORDER**

Having considered the foregoing Stipulation, and good cause appearing,

(1) The time within which Sony shall be required to file its answer, motion, counterclaim, cross-claim and/or other response to Plaintiff's Amended Complaint in this action shall be extended to and including September 30, 2009 or such other time as may be required to respond to a Second Amended Complaint if allowed by the Court.

IT IS SO ORDERED

DATED: September 16, 2009

_____
The Honorable Charles R. Breyer
Judge of the United States District Court
Northern District



-5-

STIPULATION TO EXTEND TIME TO RESPOND
Case No. C 09-01246-CRB