| | |
|---|---|
| MICHAEL A. FIRESTEIN, SBN 110622<br>mfirestein@proskauer.com<br>PROSKAUER ROSE LLP<br>2049 Century Park East, 32nd Floor<br>Los Angeles, CA 90067-3206<br>Telephone: (310) 557-2900<br>Facsimile: (310) 557-2193 | DAVID N. KUHN, SBN 73389<br>dnkuhn@pacbell.net<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone: (510) 653-4983<br><br>Attorney for Plaintiff,<br>Gregory Bender |

STEVEN M. BAUER,
Admitted *pro hac vice*
sbauer@proskauer.com
JACOB K. BARON,
Admitted *pro hac vice*
jbaron@proskauer.com
PROSKAUER ROSE LLP
One International Place
Boston, MA 01220
Telephone: (617) 526-9600
Facsimile: (617) 526-9899

Attorneys for Defendant,
Sony Corporation of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BENDER<br><br>  Plaintiff,<br><br>  v.<br><br>SONY CORPORATION OF AMERICA, a New York corporation,<br><br>  Defendant. | Case No. 09-CV-01246-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

**RECITALS**

WHEREAS, the Complaint of Plaintiff Gregory Bender ("Plaintiff") in this action was filed on or about March 23, 2009;

WHEREAS, the Amended Complaint of Plaintiff in this action was filed on or about May 20, 2009;

-1-

1    WHEREAS, Plaintiff filed a Stipulation to File a Second Amended Complaint on September 15, 2009 which amends the party names and the accused products;

WHEREAS, Defendant Sony Corporation of America's ("Sony's") response to Plaintiff's Amended Complaint is due on October 14, 2009;

WHEREAS, the Parties are waiting for the Court's decision regarding the Stipulation to File a Second Amended Complaint;

WHEREAS, this extension will provide time for the Court to determine whether to accept the Parties' stipulation regarding Plaintiff's Second Amended Complaint; and

WHEREAS, this additional time will not interfere with any other deadlines set by the Court in this matter.

**STIPULATION**

Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that the time within which Sony shall be required to file its answer, motion, counterclaim, cross-claim and/or other responses to Plaintiff's Amended Complaint in this action shall be extended to and including November 4, 2009 or such other time as may be required to respond to a Second Amended Complaint if allowed by the Court.

APPROVED AS TO FORM AND CONTENT

DATED: October 14, 2009

STEVEN M. BAUER
MICHAEL A. FIRESTEIN
JACOB K. BARON
PROSKAUER ROSE LLP

/s/ Jacob K. Baron
Jacob K. Baron

Attorneys for Defendant,
Sony Corporation of America

DATED: October 14, 2009                    DAVID N. KUHN

                                                  /s/ David N. Kuhn
                                                            David N. Kuhn

Attorney for Plaintiff,
Gregory Bender

-3-

STIPULATION TO EXTEND TIME TO RESPOND
Case No. C 09-01246-CRB

DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, Jacob K. Baron, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence on the filing of this document from the all the signatories listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct.

DATED: October 14, 2009

                                           /s/ Jacob K. Baron
                                                Jacob K. Baron

-4-

# ~~[PROPOSED]~~ ORDER

Having considered the foregoing Stipulation, and good cause appearing,

(1)   The time within which Sony shall be required to file its answer, motion, counterclaim, cross-claim and/or other response to Plaintiff's Amended Complaint in this action shall be extended to and including November 4, 2009 or such other time as may be required to respond to a Second Amended Complaint if allowed by the Court.

IT IS SO ORDERED

DATED: October 15, 2009



_____
The Honorable Charles R. Breyer
Judge of the United States District Court,