| | |
|---|---|
| MICHAEL A. FIRESTEIN, SBN 110622<br>mfirestein@proskauer.com<br>PROSKAUER ROSE LLP<br>2049 Century Park East, 32nd Floor<br>Los Angeles, CA 90067-3206<br>Telephone:   (310) 557-2900<br>Facsimile:    (310) 557-2193<br><br>STEVEN M. BAUER,<br>Admitted *pro hac vice*<br>sbauer@proskauer.com<br>JACOB K. BARON,<br>Admitted *pro hac vice*<br>jbaron@proskauer.com<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 01220<br>Telephone: (617) 526-9600<br>Facsimile: (617) 526-9899<br><br>Attorneys for Defendant,<br>Sony Corporation of America | DAVID N. KUHN, SBN 73389<br>dnkuhn@pacbell.net<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone: (510) 653-4983<br><br>Attorney for Plaintiff,<br>Gregory Bender |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BENDER<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SONY CORPORATION OF AMERICA, a New York corporation,<br><br>　　　　　Defendant. | Case No. 09-CV-01246-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

## RECITALS

WHEREAS, the Complaint of Plaintiff Gregory Bender ("Plaintiff") in this action was filed on or about March 23, 2009;

WHEREAS, the Amended Complaint of Plaintiff in this action was filed on or about May 20, 2009;

-1-

1  WHEREAS, Plaintiff filed a Stipulation to File a Second Amended Complaint on September 15, 2009 which amends the party names and the accused products;

WHEREAS, Defendant Sony Corporation of America's ("Sony's") response to Plaintiff's Amended Complaint is due on November 4, 2009;

WHEREAS, the Parties are waiting for the Court's decision regarding the Stipulation to File a Second Amended Complaint;

WHEREAS, this extension will provide time for the Court to determine whether to accept the Parties' stipulation regarding Plaintiff's Second Amended Complaint; and

WHEREAS, this additional time will not interfere with any other deadlines set by the Court in this matter.

## STIPULATION

Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that the time within which Sony shall be required to file its answer, motion, counterclaim, cross-claim and/or other responses to Plaintiff's Amended Complaint in this action shall be extended to 10 days after the Court rules on Plaintiff's Stipulation to File a Second Amended Complaint.

APPROVED AS TO FORM AND CONTENT

DATED: November 4, 2009

STEVEN M. BAUER
MICHAEL A. FIRESTEIN
JACOB K. BARON
PROSKAUER ROSE LLP

/s/ Jacob K. Baron
Jacob K. Baron

Attorneys for Defendant,
Sony Corporation of America

-2-

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November 4, 2009 | DAVID N. KUHN |
| 3 | | |
| 4 | | /s/ David N. Kuhn |
| 5 | | David N. Kuhn |
| 6 | | Attorney for Plaintiff, Gregory Bender |

-3-

1                     DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

2      I, Jacob K. Baron, hereby declare pursuant to General Order 45, § X.B, that I have

3 obtained the concurrence on the filing of this document from the all the signatories listed above.

4        I declare under penalty of perjury that the foregoing declaration is true and correct.

5

  DATED: November 4, 2009

6

                                                                                      /s/ Jacob K. Baron

7                                                                                         Jacob K. Baron

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                     -4-

**[PROPOSED] ORDER**

Having considered the foregoing Stipulation, and good cause appearing,

(1) The time within which Sony shall be required to file its answer, motion, counterclaim, cross-claim and/or other response to Plaintiff's Amended Complaint in this action shall be extended to 10 days after the Court rules on Plaintiff's Stipulation to File a Second Amended Complaint.

IT IS SO ORDERED

DATED: November 10, 2009



The Honorable Charles R. Breyer
Judge, United States District Court,
Northern District of California

-5-

STIPULATION TO EXTEND TIME TO RESPOND
Case No. C 09-01246-CRB