```
1  David N. Kuhn - State Bar No. 73389
   Attorney-at-Law
2  144 Hagar Avenue
   Piedmont, CA 94611
3  Telephone:(510)653-4983
   E-mail: dnkuhn@pacbell.net
4  Attorney for plaintiff Gregory Bender
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BENDER, | ) Case No. C 09-01246 CRB |
| | ) |
| Plaintiff, | ) ORDER RE: STIPULATION TO |
| vs. | ) RESCHEDULE INITIAL CASE |
| | ) MANAGEMENT CONFERENCE AND TO |
| SONY CORPORATION OF AMERICA, a | ) FILE AMENDED COMPLAINT |
| New York corporation, | ) |
| | ) |
| Defendant. | ) |

Plaintiff Gregory Bender and defendant Sony Corporation of America, through counsel, having stipulated that the Court may reschedule the initial case management conference and defendant having consented to the filing of an second amended complaint; and

Good cause appearing;

The initial case management conference date is rescheduled for ~~November 13, 2009~~ January 22, 2010, at 8:30 a.m. and plaintiff may file such a second amended complaint.

SO ORDERED.

Signed: Nov. 12, 2009

UNITED STATES _____

*[Signature stamp: IT IS SO ORDERED, Judge Charles R. Breyer, United States District Court, Northern District of California]*

Page 1