| | |
|---|---|
| MICHAEL A. FIRESTEIN, SBN 110622<br>mfirestein@proskauer.com<br>PROSKAUER ROSE LLP<br>2049 Century Park East, 32nd Floor<br>Los Angeles, CA 90067-3206<br>Telephone:    (310) 557-2900<br>Facsimile:     (310) 557-2193<br><br>STEVEN M. BAUER,<br>Admitted *pro hac vice*<br>sbauer@proskauer.com<br>JACOB K. BARON,<br>Admitted *pro hac vice*<br>jbaron@proskauer.com<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 01220<br>Telephone: (617) 526-9600<br>Facsimile: (617) 526-9899<br><br>Attorneys for Defendant,<br>Sony Corporation of America | DAVID N. KUHN, SBN 73389<br>dnkuhn@pacbell.net<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone: (510) 653-4983<br><br>Attorney for Plaintiff,<br>Gregory Bender |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BENDER<br><br>                    Plaintiff,<br><br>         v.<br><br>SONY CORPORATION OF AMERICA, a New York corporation,<br><br>                    Defendant. | Case No. 09-CV-01246-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

**RECITALS**

WHEREAS, the Complaint of Plaintiff Gregory Bender ("Plaintiff") in this action was filed on or about March 23, 2009;

WHEREAS, the Amended Complaint of Plaintiff in this action was filed on or about May 20, 2009;

-1-

1  WHEREAS, Plaintiff filed a Stipulation to File a Second Amended Complaint on
2  September 15, 2009 which amends the party names and the accused products;
3  WHEREAS, Defendant Sony Corporation of America's ("Sony's") response to Plaintiff's
4  Amended Complaint is due on November 23, 2009;
5  WHEREAS, the Court agreed to the Parties' stipulation regarding Plaintiff's Second
6  Amended Complaint on November 12, 2009;
7  WHEREAS, Plaintiff has not yet served his Second Amended Complaint; and
8  WHEREAS, this additional time will not interfere with any other deadlines set by the
9  Court in this matter.
10
11 **STIPULATION**
12  Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED by the
13  parties, through their counsel, that the time within which Sony shall be required to file its answer,
14  motion, counterclaim, cross-claim and/or other responses to Plaintiff's Amended Complaint in this
15  action shall be extended to and including December 22, 2009 or such other time as may be
16  required to respond to a Second Amended Complaint.
17
18  APPROVED AS TO FORM AND CONTENT
19
20  DATED: November 23, 2009    STEVEN M. BAUER
                                MICHAEL A. FIRESTEIN
21                              JACOB K. BARON
                                PROSKAUER ROSE LLP
22
23                              /s/ Jacob K. Baron
                                             Jacob K. Baron
24
                                Attorneys for Defendant,
25                              Sony Corporation of America
26
27
28                              -2-

STIPULATION TO EXTEND TIME TO RESPOND
Case No. C 09-01246-CRB

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November 23, 2009 | DAVID N. KUHN |
| 3 | | |
| 4 | | /s/ David N. Kuhn |
| | | David N. Kuhn |
| 5 | | Attorney for Plaintiff, |
| 6 | | Gregory Bender |

-3-

STIPULATION TO EXTEND TIME TO RESPOND
Case No. C 09-01246-CRB

DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, Jacob K. Baron, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence on the filing of this document from the all the signatories listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct.

DATED: November 23, 2009

/s/ Jacob K. Baron
Jacob K. Baron

-4-

## [PROPOSED] ORDER

Having considered the foregoing Stipulation, and good cause appearing,

(1) The time within which Sony shall be required to file its answer, motion, counterclaim, cross-claim and/or other response to Plaintiff's Amended Complaint in this action shall be extended to and including December 22, 2009 or such other time as may be required to respond to a Second Amended Complaint.

IT IS SO ORDERED

DATED: November 25, 2009



_____
The Honorable Charles R. Breyer,
Judge of the United States District Court,
Northern District of California