MICHAEL A. FIRESTEIN, SBN 110622
mfirestein@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone:     (310) 557-2900
Facsimile:      (310) 557-2193

STEVEN M. BAUER,
Admitted *pro hac vice*
sbauer@proskauer.com
JACOB K. BARON,
Admitted *pro hac vice*
jbaron@proskauer.com
PROSKAUER ROSE LLP
One International Place
Boston, MA 01220
Telephone: (617) 526-9600
Facsimile: (617) 526-9899

Attorneys for Defendant,
Sony Electronics Inc.

DAVID N. KUHN, SBN 73389
dnkuhn@pacbell.net
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone: (510) 653-4983

Attorney for Plaintiff,
Gregory Bender

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BENDER | Case No. 09-CV-01246-CRB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |
| SONY ELECTRONICS INC., a Delaware corporation, | |
| Defendant. | |

## RECITALS

WHEREAS, the Complaint of Plaintiff Gregory Bender ("Plaintiff") in this action was filed on or about March 23, 2009;

WHEREAS, the Amended Complaint of Plaintiff in this action was filed on or about May 20, 2009;

-1-

1     WHEREAS, a Second Amended Complaint of Plaintiff was filed on December 21, 2009
2   which amends the party names and the accused products;
3     WHEREAS, Defendant Sony Electronics Inc.'s ("Sony's") response to Plaintiff's Second
4   Amended Complaint is due on January 7, 2010; and
5     WHEREAS, this additional time will not interfere with any other deadlines set by the
6   Court in this matter.

7

8                              **STIPULATION**

9     Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED by the
10  parties, through their counsel, that the time within which Sony shall be required to file its answer,
11  motion, counterclaim, cross-claim and/or other responses to Plaintiff's Second Amended
12  Complaint in this action shall be extended to and including January 19, 2010.

13

14     APPROVED AS TO FORM AND CONTENT

15

16   DATED: January 6, 2010                    STEVEN M. BAUER
                                               MICHAEL A. FIRESTEIN
17                                             JACOB K. BARON
                                               PROSKAUER ROSE LLP
18

19                                              /s/ Jacob K. Baron
                                                        Jacob K. Baron
20
                                               Attorneys for Defendant,
21                                             Sony Electronics Inc.

22

23   DATED: January 6, 2010                    DAVID N. KUHN

24

25                                              /s/ David N. Kuhn
                                                        David N. Kuhn
26
                                               Attorney for Plaintiff,
27                                             Gregory Bender

28
                                          -2-

# DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, Jacob K. Baron, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence on the filing of this document from the all the signatories listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct.

DATED: January 6, 2010

_/s/ Jacob K. Baron_
Jacob K. Baron

STIPULATION TO EXTEND TIME TO RESPOND
Case No. C 09-01246-CRB

**[PROPOSED] ORDER**

Having considered the foregoing Stipulation, and good cause appearing,

(1)     The time within which Sony shall be required to file its answer, motion, counterclaim, cross-claim and/or other response to Plaintiff's Second Amended Complaint in this action shall be extended to and including January 19, 2010.

IT IS SO ORDERED

DATED:  January  8, 2010

_____
The Honorable Charles R. Breyer
Judge of the United States District Court,
Northern District of California



STIPULATION TO EXTEND TIME TO RESPOND
Case No. C 09-01246-CRB