MICHAEL A. FIRESTEIN, SBN 110622
mfirestein@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:     (310) 557-2900
Facsimile:     (310) 557-2193

STEVEN M. BAUER,
Admitted *pro hac vice*
sbauer@proskauer.com
JACOB K. BARON,
Admitted *pro hac vice*
jbaron@proskauer.com
PROSKAUER ROSE LLP
One International Place
Boston, MA 01220
Telephone: (617) 526-9600
Facsimile: (617) 526-9899

Attorneys for Defendant,
Sony Electronics Inc.

DAVID N. KUHN, SBN 73389
dnkuhn@pacbell.net
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone: (510) 653-4983

Attorney for Plaintiff,
Gregory Bender

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BENDER<br><br>           Plaintiff,<br><br>      v.<br><br>SONY ELECTRONICS INC., a Delaware corporation,<br><br>           Defendant. | Case No. 09-CV-01246-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

**RECITALS**

WHEREAS, the Complaint of Plaintiff Gregory Bender ("Plaintiff") in this action was filed on or about March 23, 2009;

WHEREAS, the Amended Complaint of Plaintiff in this action was filed on or about May 20, 2009;

-1-

WHEREAS, a Second Amended Complaint of Plaintiff was filed on December 21, 2009 which amends the party names and the accused products;

WHEREAS, Defendant Sony Electronics Inc.'s ("Sony's") response to Plaintiff's Second Amended Complaint is due on January 7, 2010; and

WHEREAS, this additional time will not interfere with any other deadlines set by the Court in this matter.

## STIPULATION

Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that the time within which Sony shall be required to file its answer, motion, counterclaim, cross-claim and/or other responses to Plaintiff's Second Amended Complaint in this action shall be extended to and including January 19, 2010.

APPROVED AS TO FORM AND CONTENT

DATED: January 6, 2010

STEVEN M. BAUER
MICHAEL A. FIRESTEIN
JACOB K. BARON
PROSKAUER ROSE LLP

/s/ Jacob K. Baron
                Jacob K. Baron

Attorneys for Defendant,
Sony Electronics Inc.

DATED: January 6, 2010

DAVID N. KUHN

/s/ David N. Kuhn
                David N. Kuhn

Attorney for Plaintiff,
Gregory Bender

-2-

1 | DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

2 | I, Jacob K. Baron, hereby declare pursuant to General Order 45, § X.B, that I have

3 | obtained the concurrence on the filing of this document from the all the signatories listed above.

4 | I declare under penalty of perjury that the foregoing declaration is true and correct.

5

6 | DATED: January 6, 2010

7 |                                          /s/ Jacob K. Baron
  |                                                Jacob K. Baron

## [~~PROPOSED~~] ORDER

Having considered the foregoing Stipulation, and good cause appearing,

(1)   The time within which Sony shall be required to file its answer, motion, counterclaim, cross-claim and/or other response to Plaintiff's Second Amended Complaint in this action shall be extended to and including January 19, 2010.

IT IS SO ORDERED

DATED: January _8_, 2010



_____
The Honorable Charles R. Breyer
Judge, United States District Court,
Northern District of California

-4-

STIPULATION TO EXTEND TIME TO RESPOND
Case No. C 09-01246-CRB