| | |
|---|---|
| MICHAEL A. FIRESTEIN, SBN 110622<br>mfirestein@proskauer.com<br>PROSKAUER ROSE LLP<br>2049 Century Park East, 32nd Floor<br>Los Angeles, CA 90067-3206<br>Telephone: (310) 557-2900<br>Facsimile: (310) 557-2193<br><br>STEVEN M. BAUER,<br>Admitted *pro hac vice*<br>sbauer@proskauer.com<br>JACOB K. BARON,<br>Admitted *pro hac vice*<br>jbaron@proskauer.com<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 01220<br>Telephone: (617) 526-9600<br>Facsimile: (617) 526-9899<br><br>Attorneys for Defendant,<br>Sony Electronics Inc. | DAVID N. KUHN, SBN 73389<br>dnkuhn@pacbell.net<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone: (510) 653-4983<br><br>Attorney for Plaintiff,<br>Gregory Bender |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BENDER<br><br>Plaintiff,<br><br>v.<br><br>SONY ELECTRONICS INC., a Delaware corporation,<br><br>Defendant. | Case No. 09-CV-01246-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |

**RECITALS**

WHEREAS, a Second Amended Complaint of Plaintiff was filed on December 21, 2009 which amends the party names and the accused products;

WHEREAS, Defendant Sony Electronics Inc. ("Sony") filed a response to Plaintiff's Second Amended Complaint on January 19, 2010;

-1-

1     WHEREAS, the Initial Case Management Conference is currently scheduled for January
2 22, 2010 at 8:20 a.m. before Honorable Charles R. Breyer (Dkt. No. 43); and
3     WHEREAS, this additional time will not interfere with any other deadlines set by the
4 Court in this matter.

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that the Initial Case Management Conference will be rescheduled for February 26, 2010, at 8:30 a.m.

APPROVED AS TO FORM AND CONTENT

DATED: January 20, 2010
STEVEN M. BAUER
MICHAEL A. FIRESTEIN
JACOB K. BARON
PROSKAUER ROSE LLP

/s/ Jacob K. Baron
Jacob K. Baron

Attorneys for Defendant,
Sony Electronics Inc.

DATED: January 20, 2010
DAVID N. KUHN

/s/ David N. Kuhn
David N. Kuhn

Attorney for Plaintiff,
Gregory Bender

-2-

STIPULATION TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE
Case No. C 09-01246-CRB

DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, Jacob K. Baron, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence on the filing of this document from the all the signatories listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct.

DATED: January 20, 2010

           /s/ Jacob K. Baron
                  Jacob K. Baron

# [~~PROPOSED~~] ORDER

Having considered the foregoing Stipulation, and good cause appearing,

(1) The Initial Case Management Conference shall be rescheduled to February 26, 2010, at 8:30 a.m.

IT IS SO ORDERED

DATED: January 21, 2010



The Honorable Charles R. Breyer
Judge of the United States District Court,
Northern District of California

-4-