David N. Kuhn – State Bar No. 73389
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone:(510)653-4983
E-mail: dnkuhn@pacbell.net
Attorney for plaintiff Gregory Bender

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER, | ) Case No. C 09-01246 CRB |
| | ) |
| Plaintiff, | ) ORDER RE: STIPULATION TO |
| vs. | ) RESCHEDULE INITIAL CASE |
| | ) MANAGEMENT CONFERENCE |
| SONY ELECTRONICS INC., a | ) |
| Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

Plaintiff Gregory Bender and defendant Sony Electronics Inc., through counsel, having moved the Court to reschedule the initial case management conference to a subsequent date; and

Good cause appearing;

The initial case management conference date is rescheduled for March 12, 2010, at 8:30 a.m.

SO ORDERED.

Signed: February 23, 2010

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

Page

No: C09-01246 CRB