```
 1  David N. Kuhn - State Bar No. 73389
    Attorney-at-Law
 2  144 Hagar Avenue
    Piedmont, CA 94611
 3  Telephone:(510)653-4983
    E-mail: dnkuhn@pacbell.net
 4  Attorney for plaintiff Gregory Bender
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER, | ) Case No. C 09-01246 CRB |
| | ) |
| Plaintiff, | ) ORDER RE: STIPULATION TO |
| vs. | ) RESCHEDULE INITIAL CASE |
| | ) MANAGEMENT CONFERENCE |
| SONY ELECTRONICS INC., a | ) |
| Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

Plaintiff Gregory Bender and defendant Sony Electronics Inc., through counsel, having moved the Court to reschedule the initial case management conference to a subsequent date; and

Good cause appearing;

The initial case management conference date is rescheduled for March 12, 2010, at 8:30 a.m.

SO ORDERED.

Signed: February 23, 2010

_____
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

Page         No: C09-01246 CRB